# DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DeLAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

OF COUNSEL
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

---

**This request is GRANTED. SO ORDERED.**

*Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

December 5, 2023

---

**VIA ECF**

December 1, 2023

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Fuentes v. Commissioner SSA
23-CV-04585 (JW)

Dear Judge Willis:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion and brief are due to be filed on 12/13/23. Due to intervening deadlines, Plaintiff is respectfully requesting an extension of 30 days in which to file his motion and brief. Should the Court grant this request, Plaintiff's motion and brief will then be due on 1/12/24. Defendant' cross-motion and brief will then be due on 2/10/24. Plaintiff's reply, if any, will be due on 2/24/24.

Commissioner's Counsel has graciously consented to this request.

Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Jessamyn Hanna, Esq. (VIA ECF).

---