**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 JESSE FUENTES,

                Plaintiff,                        23 **CIVIL** 4585 (JW)

     -v-                                   **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,
                       Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated September 30, 2024, this Court finds that ALJ

Stacchini's RFC determination was not supported by substantial evidence. More specifically,

ALJ Stacchini erroneously relied on insufficient consulting opinion evidence and dismissed the

opinion of Fuentes' primary care provider without sufficient evidence to do so. Therefore,

remand is required. For the foregoing reasons, Plaintiff's Motion (Dkt. No. 21) is GRANTED.

**Dated:** New York, New York
        September 30, 2024

                                **DANIEL ORTIZ**
                        _____
                        **Acting Clerk of Court**

           **BY:**        K. mango

                        _____
                           **Deputy Clerk**